# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SUCCESSION OF JOHN G.
OTILLIO, IV

NO. 2022 CW 0084

**MARCH 10, 2022**

---

In Re:     Diana Schnauder, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2020-0030372.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's December 2, 2021 judgment, granting Bonnie Otillio's Petition to Annul Probate of Testament, is a final appealable judgment. See **Succession of Theriot,** 2008-1233 (La. App. 1st Cir. 12/23/08), 4 So.3d 878; **Succession of Reno,** 2013-1823 (La. App. 1st Cir. 6/17/15), 175 So.3d 412; **Succession of McClean,** 2009-1851 (La. App. 1st Cir. 6/11/10), 2010 WL 2342752 (unpublished). Thus, the writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to relator, Diana Schnauder, pursuant to her timely notice of intent to apply for supervisory writs. See **In re Howard,** 541 So.2d 195, 197 (La. 1989) (per curiam). In the event Diana Schnauder seeks to appeal the district court's judgment, she shall submit a new order for appeal to the district court within thirty days of this order. Additionally, a copy of this court's order is to be included in the appellate record.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT